IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| In Re: | Case No.: 03-21342-REB |
|---|---|
| RICHARD G. ERNEST | Chapter: 7 |
| Substantively Consolidated with Whitehall Machinery, Inc. (No. 03-22381), JCS & Associates, Inc. (No. 03-22382), and Grassland Industrial Park, Inc. (No. 03-22383) | |
| Debtors | Honorable Robert E. Brizendine |

## CHAPTER 7 DIVIDEND DISTRIBUTION REPORT

Since the filing of the original Trustee's Final Report on 6/19/09, additional interest in the amount of $139.95 accrued on this account. The approved final distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| Albert F. Nasuti, Trustee, Trustee | $71,883.84 | $2,944.68 | $74,828.52 |
| United States Trustee, U.S. Trustee Quarterly | $0.00 | $5,500.00 | $5,500.00 |
| Thompson, O'Brien, Kemp & Nasuti, P.C., Attorney for Trustee (Trustee Firm) | $87,150.00 | $2,245.74 | $89,395.74 |
| Stonebridge Accounting Strategies, Inc., Accountant for Trustee (Other Firm) | $19,536.00 | $145.68 | $19,681.68 |

**Chapter 11 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| Internal Revenue Service, Income Taxes - Internal Revenue Service (Chapter 11) | $0.00 | $20,950.15 | $20,950.15 |

**Secured claims:**

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---|---|
| Georgia Dept of Revenue | $25,354.38 | $25,354.38 |

**Priority claims:**

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| Georgia Department of Revenue | $17,290.08 | $17,290.08 |
| Georgia Department of Revenue | $6,570.16 | $6,570.16 |
| Georgia Department of Revenue | $23.60 | $23.60 |
| Internal Revenue Service | $716.00 | $716.00 |
| Internal Revenue Service | $68,174.60 | $68,174.60 |

**Unsecured claims:**  Claims of general unsecured creditors totaling $410,051.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 73.22544782%, but may vary if the amounts allowed for administrative expenses vary from the applications set forth above.

| APPLICANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| Children's Center For Digestive Health | $367.20 | $268.88 |
| Execustay | $23,910.06 | $17,508.25 |
| Georgia Department of Revenue | $4,337.00 | $3,175.79 |
| Georgia Department of Revenue | $27,281.17 | $19,976.76 |
| Georgia Department of Revenue | $6,627.44 | $4,852.98 |
| Georgia Natural Gas | $17,606.35 | $12,892.33 |
| Great American Leasing Corporation | $3,566.13 | $2,611.31 |
| Internal Revenue Service | $60,455.23 | $44,268.61 |
| Jerome H. Lipman & Co., Ltd.. | $85,000.00 | $62,241.63 |
| Kelley, Jr. Charles N. | $60,376.59 | $44,211.03 |
| Kohner, Mann & Kailas | $23,265.47 | $17,036.24 |
| Sterling Inc | $1,158.91 | $848.62 |
| Suntrust Bank | $11,290.77 | $8,267.72 |
| Thomas S Fisher PC | $84,809.02 | $62,101.78 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**           **$628,746.84**

| Prepared by: | Reviewed and approved by: |
|---|---|
| /s/ Albert Nasuti | /s/ R. Jeneane Treace |
| Albert F. Nasuti, Chapter 7 Trustee | R. Jeneane Treace, Esquire |
| 40 Technology Parkway South, Suite 300 | Attorney for the United States Trustee |
| Norcross, GA 30092 | Georgia Bar No.: 716620 |
| (770) 925-0111 | **United States Department of Justice** |
|  | *Office of the United States Trustee* |
|  | Suite 362, Richard Russell Building |
|  | 75 Spring Street, SW |
|  | Atlanta, GA 30303 |
|  | 404-331-4437, ext. 122 |
|  | Jeneane.Treace@USDOJ.gov |