IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.: 03-21342-REB |
| RICHARD G. ERNEST | Chapter: 7 |
| Substantively Consolidated with<br>Whitehall Machinery, Inc. (No. 03-22381),<br>JCS & Associates, Inc. (No. 03-22382), and<br>Grassland Industrial Park, Inc. (No. 03-22383) | |
| Debtors | Honorable Robert E. Brizendine |

**TRUSTEE'S NOTICE TO PAY**
**UNCLAIMED FUNDS TO THE REGISTRY OF THE COURT**

On October 27, 2009 Albert Nasuti, Chapter 7 Trustee in the above referenced case, issued a check #3029 in the amount of $12,892.33 payable to Georgia Natural Gas ("Claimant"), representing final pro-rata distribution to Claim No. 5 filed in the case of Whitehall Machinery, Inc. (No. 03-22381).

More than ninety (90) days have passed since the check was issued, and the check remains unpaid and said distribution has not been returned to the Trustee by the United States Post Office as "undeliverable". The Trustee stopped payment on check #3029 and issued a new check #20101 payable to the registry of the Bankruptcy Court. The Trustee hereby applies to the Clerk of Court to pay the unclaimed funds of $12,892.33 to the Registry of the Court. Pursuant to 11 U.S.C. §347(a) and Fed. R. Bankr. P. 3011, attached hereto is the last known name and address for the Claimant and the amount which it is entitled to be paid from said bankruptcy estate:

| **Claimant** | **Amount** |
|---|---|
| Georgia Natural Gas<br>P.O. Box 723908<br>Atlanta, GA 31139-0908 | $12,892.33 |

Dated this 30th day of March, 2010.

/s/    *Albert Nasuti*
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111